No opinion. Prayer of the petition denied. All concur, except ADAMS, J., not voting. See 43 N. Y. Supp. 1160.

PALMATIER, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Third Department. September 20, 1898.) Action by George N. Palmatier against Van B. Smith. No opinion. Judgment and order affirmed, with costs.

PALMER, Respondent, v. E. P. BAILEY & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Tyndale Palmer against E. P. Bailey & Co. No opinion. Judgment and order reversed, and a new trial ordered, with costs to the appellants to abide the event. Held, that it was error to receive evidence of the pecuniary standing of the defendant. See Enos v. Enos, 58 Hun, 45, 11 N. Y. Supp. 415, affirmed 135 N. Y. 609, 32 N. E. 123; 47 N. Y. Supp. 468.

PARTRIDGE, Respondent, v. KEARNS, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1898.) Action by Frank J. Partridge, as guardian ad litem, etc., against Mary A. Kearns, as administratrix, etc. No opinion. Motion for restitution granted, and respondent ordered, within 20 days, to deposit in court, to the credit of the action, the sum hitherto paid out to him. See 53 N. Y. Supp. 154.

PATTERSON v. PATTERSON. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Frances E. Patterson against Charles G. Patterson. No opinion. Motion granted, with $10 costs.

PECK, Respondent, v. PECK, Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1898.) Action by Jennie Peck against Alfred C. Peck. No opinion. Judgment affirmed, with costs.

PEOPLE, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, Third Department. July Term, 1898.) Action by the people of the state of New York against Russell E. Holmes. No opinion. Judgment affirmed, with costs. See 52 N. Y. Supp. 939.

PEOPLE v. HOLMES. (Supreme Court, Appellate Division, Third Department. November 22, 1898.) Action by the people of the state of New York against Russell E. Holmes. No opinion. Motion denied, and the order, as entered, amended by adding thereto, at the end thereof, as follows: "And that, upon such payment, said judgments be vacated." See 52 N. Y. Supp. 939.

PEOPLE, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, Third Department. September 13, 1898.) Action by the people of the state of New York against Russell E. Holmes. No opinion. Motion for a reargument denied, with $10 costs. See 52 N. Y. Supp. 939.

PEOPLE, Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the people of the state of New York against Frank Murphy. No opinion. Interlocutory judgment reversed, and demurrer overruled, and proceedings remitted to the county court of Wyoming county, with directions to proceed. Held that the indictment is sufficient.

PEOPLE, Appellant, v. NICHOLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the people of the state of New York against Marion B. Nichols. No opinion. Judgment and order reversed, and the demurrer overruled, and proceedings remitted to the county court of Ontario county, with directions to proceed.

PEOPLE, Appellant, v. NICHOLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the people of the state of New York against Marion B. Nichols. No opinion. Judgment and order reversed, and demurrer overruled, and proceedings remitted to the county court of Ontario county, with directions to proceed. See People v. Adler, 140 N. Y. 331, 35 N. E. 644; People v. Altman, 147 N. Y. 473, 42 N. E. 180; People v. Wilson, 151 N. Y. 403, 45 N. E. 862.

PEOPLE, Appellant, v. NICHOLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the people of the state of New York against Marion B. Nichols. No opinion. Judgment and order reversed, and the demurrer overruled, and proceedings remitted to the county court of Ontario county, with directions to proceed. See People v. Adler, 140 N. Y. 331, 35 N. E. 644; People v. Altman, 147 N. Y. 473, 42 N. E. 180; People v. Wilson, 151 N. Y. 403, 45 N. E. 862.

PEOPLE, Respondent, v. PAGE, Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1898.) Action by the people of the state of New York against Wilson E. Page. No opinion. Motion granted.

PEOPLE, Respondent, v. ROCKWELL, Appellant. (Supreme Court, Appellate Division, Third Department. September 20, 1898.) Action by the people of the state of New York against Lee Rockwell, as clerk of the village of Plattsburgh. No opinion. Order modified by striking out provisions as to fine, and, as thus modified, affirmed. PUTNAM and HERRICK, JJ., dissenting.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Third Department. November 29, 1898.) Action by the people of the state of New York against George W. Smith. No opinion. Judgment modified by striking out that portion thereof which directs that the defendant stand committed to the common jail of the county until such fine is paid, and, as so modified, affirmed, on authority of People v. Stock, 26 App. Div. 564, 50 N. Y. Supp. 483, affirmed in 157 N. Y. —, 51 N. E. 1092.